Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
gallm@ballardspahr.com

*Attorneys for Plaintiff Geoff Winkler,
as Receiver for Profit Connect*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as Receiver for PROFIT CONNECT WEALTH SERVICES, INC., <br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ROSHAK, individually and d/b/a WILLIAM GEORGE PHOTOGRAPHY, MELISSA ROSHAK, TETIANA LUZHANSKA, DOES 1-10 and ROES 1-10;<br><br>Defendants,<br><br>and<br><br>TINA M. LEISS, as Executive Officer of the Public Employee's Retirement System of Nevada,<br><br>Nominal Defendant. | Case No. 2:21-cv-002000-JCM-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MELISSA ROSHAK TO RESPOND TO COMPLAINT (ECF No. 1)** |

Plaintiff Geoff Winkler, as Receiver for Profit Connect Wealth Services, Inc. and any of its subsidiaries and affiliates, and Defendant Melissa Roshak stipulate and agree that Ms. Roshak has up to and including December 31, 2021 to respond to the Complaint (ECF No. 1), so that Ms. Roshak may further investigate the claims in the Complaint and the parties may try to enter into an early resolution of those claims.  Ms. Roshak was served on November 9, 2021, and the current deadline to file a response is November 30, 2021. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: November 15, 2021

| BALLARD SPAHR LLP | KELLEHER & KELLEHER, LLC |
|---|---|
| By: /s/ Maria Gall<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ John Kelleher<br>John T. Kelleher, Esq.<br>Nevada Bar No. 6012<br>40 South Stephanie Street, Suite 201<br>Henderson, Nevada 89012 |
| *Attorneys for Plaintiff Geoff Winkler, as Receiver of Profit Connect* | *Attorneys for Defendant Melissa Roshak* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2021

2