Stewart C. Fitts (5635)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Fax: (702) 385-2086
sfitts@hutchlegal.com

*Attorneys for defendant*
*Melissa Roshak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEOFF WINKLER, as Receiver for PROFIT CONNECT WEALTH SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM ROSHAK, individually and d/b/a WILLIAM GEORGE PHOTOGRAPHY, MELISSA ROSHAK, TETIANA LUZHANSKA, DOES 1-10 and ROES 1-10; <br><br> Defendants, <br><br> And <br><br> TINA M. LEISS, as Executive Officer of the Public Employee's Retirement System of Nevada, <br><br> Nominal Defendant. | CASE NO. 2:21-cv-02000-JAD-BNW <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MELISSA ROSHAK TO RESPOND TO COMPLAINT (ECF No. 1)** |

/ / /

/ / /

/ / /

Plaintiff Geoff Winkler, as Receiver for Profit Connect Wealth Services, Inc. and any of its subsidiaries and affiliates, and Defendant Melissa Roshak stipulate and agree that Ms. Roshak has up to and including January 10, 2022 to respond to the Complaint (ECF No.1), so that Ms. Roshak may further investigate the claims in the Complaint and the parties may try to enter into an early resolution of those claims. Ms. Roshak was served on November 9, 2021, and the current deadline to file a response is December 31, 2021.  Therefore, pursuant to LR IA 6-1, this stipulation is timely.

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

Dated this 16th day of December, 2021.        Dated this 16th day of December, 2021.

BALLARD SPAHR LLP                              HUTCHISON & STEFFEN, PLLC

/s/ Maria A. Gall                              /s/ Stewart C. Fitts
_____                    _____
Maria A. Gall, Esq. (14200)                    Stewart C. Fitts (5635)
1980 Festival Plaza Drive, Suite 900           Peccole Professional Park
Las Vegas, NV 89135                            10080 West Alta Drive, Suite 200
                                               Las Vegas, NV 89145
                                               sfitts@hutchlegal.com

*Attorneys for Plaintiff Geoff Winkler, as*    *Attorneys for Defendant*
*Receiver of Profit Connect*                   *Melissa Roshak*

## **ORDER**

IT IS SO ORDERED:

DATED: December 17, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

**Sarah Ramo**

| | |
|---|---|
| **From:** | Stewart C. Fitts |
| **Sent:** | Thursday, December 16, 2021 1:56 PM |
| **To:** | Sarah Ramo |
| **Cc:** | Joseph R. Ganley |
| **Subject:** | RE: Winkler v. Roshak - SAO to Extend Time for Answer |

Thank you., Sarah.

Please affix my electronic signature. Please add today's date to my signature and that of Maria's. Then submit for fling, and copy Maria and me.

Thank you.

**From:** Sarah Ramo <sramo@hutchlegal.com>
**Sent:** Thursday, December 16, 2021 11:33 AM
**To:** Stewart C. Fitts <sfitts@hutchlegal.com>
**Cc:** Joseph R. Ganley <JGanley@hutchlegal.com>
**Subject:** RE: Winkler v. Roshak - SAO to Extend Time for Answer

For your review and revisions.

G:\R\Roshak, Melissa\Pleadings\2021-12-13 Stipulation for Extension of Time.docx

**From:** Stewart C. Fitts <sfitts@hutchlegal.com>
**Sent:** Thursday, December 16, 2021 9:43 AM
**To:** Sarah Ramo <sramo@hutchlegal.com>
**Cc:** Joseph R. Ganley <JGanley@hutchlegal.com>
**Subject:** FW: Winkler v. Roshak - SAO to Extend Time for Answer

Sarah:

Please see Maria Gall's email below. Please revised the 12/13/21 draft of the SOA for extension of time to reflect the reassignment of the case to the new judge (Jennifer Dorsey) and Magistrate (Brenda Weksler).

Thank you.

**From:** Joseph R. Ganley <JGanley@hutchlegal.com>
**Sent:** Thursday, December 16, 2021 3:42 AM
**To:** Stewart C. Fitts <sfitts@hutchlegal.com>
**Cc:** Sarah Ramo <sramo@hutchlegal.com>
**Subject:** FW: Winkler v. Roshak - SAO to Extend Time for Answer

All yours Stewart and Sarah, thanks.

1

**From:** Gall, Maria A. <GallM@ballardspahr.com>
**Sent:** Wednesday, December 15, 2021 5:31 PM
**To:** Stewart C. Fitts <sfitts@hutchlegal.com>
**Cc:** Joseph R. Ganley <JGanley@hutchlegal.com>; Kaci Chappuis <kchappuis@hutchlegal.com>; Sarah Ramo <sramo@hutchlegal.com>
**Subject:** RE: Winkler v. Roshak - SAO to Extend Time for Answer

Hi Stewart.

My only comments are: (1) that the case was reassigned to Judge Dorsey earlier today, and so I think the case number needs to be updated to be 2:21-cv-02000-JAD-BNW; and (2) I think it's the magistrate judge that will sign the stipulation.  You can otherwise affix my /s/ signature and file.  Thanks!

Maria

**From:** Stewart C. Fitts <sfitts@hutchlegal.com>
**Sent:** Wednesday, December 15, 2021 2:12 PM
**To:** Gall, Maria A. (LV) <GallM@ballardspahr.com>
**Cc:** Joseph R. Ganley <JGanley@hutchlegal.com>; Kaci Chappuis <kchappuis@hutchlegal.com>; Sarah Ramo <sramo@hutchlegal.com>
**Subject:** Winkler v. Roshak - SAO to Extend Time for Answer

⚠ **EXTERNAL**

Dear Maria:

Attached is a draft of the SAO to extend the January 3, 2022 deadline for Melissa Roshak's responsive for a period of one week until January 10, 2022. My apologies for the delay, as I have been out of the office.   Please advise whether you approve and if we have your authority to affix your electronic signature.  If so, we will submit to the Court.

Thank you.


Stewart C. Fitts
Senior Counsel



HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.