KNIGHT & RYAN
Robert A. Ryan, Esq. #12084
robert@knightryan.com
Scott A. Knight, Esq. #9083
scott@knightryan.com
2850 W. Horizon Ridge Pkwy., Ste. 200
Henderson, Nevada 89052
Telephone: (702) 462-6083
Facsimile: (702) 462-6084
*Attorneys for Defendants,*
*William Roshak and Tetiana Luzhanska*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEOFF WINKLER, as Receiver for PROFIT CONNECT WEALTH SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM ROSHAK, individual and d/b/a WILLIAM GEORGE PHOTOGRAPHY, MELISSA ROSHAK, TETIANA LUZHANSKA, DOES 1-10 and ROES 1-10; <br><br> Defendants, <br><br> and <br><br> TINA M. LEISS, as Executive Officer of the Public Employee's Retirement System of Nevada, <br><br> Nominal Defendant. | Case No.:   2:21-cv-02000-JAD-BNW <br><br> **STIPULATION AND PROPOSED ORDER TO CONTINUE SETTLEMENT CONFERENCE SCHEDULED FOR MARCH 24, 2022** <br><br> **(FIRST REQUEST)** |

Defendants, William Roshak and Tetiana Luzhanska ("W. Roshak Defendants"), Defendant, Melissa Roshak ("M. Roshak") and Plaintiff, Geoff Winkler ("Winkler"), as Receiver for Profit Connect Wealth Services, Inc. ("Profit Connect") (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

1.    On January 21, 2022, the Court issued an Order Scheduling Settlement Conference [ECF No. 23], scheduling a Settlement Conference for the Parties for March 24, 2022 at 9:00 a.m.

2.    Due to scheduling conflicts with the W. Roshak Defendants, the Parties have agreed to continue the Settlement Conference to a date and time convenient for all parties and the Court to either April 18, 2022, or April 19, 2022 at 9:00 a.m. or as soon thereafter as the Court's schedule permits.

3.    Accordingly, the Parties respectfully request that the Court reschedule the Settlement Conference to a date and time convenient for the Court on or after April 18, 2022.

…

…

…



4. This is the first request to continue the Settlement Conference, is made in good faith, with good cause and will not impact any other case deadlines. DATED this 14th day of February, 2022.

| BALLARD SPAHR LLP | KNIGHT & RYAN |
|---|---|
| By: /s/ Maria A. Gall<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Robert A. Ryan<br>Robert A. Ryan, Esq.<br>Nevada Bar No. 12084<br>2850 Horizon Ridge Pkwy, Suite 200<br>Henderson, Nevada 89052 |
| *Attorneys for Plaintiff Geoff Winkler, as Receiver of Profit Connect* | *Attorneys for Defendants William Roshak and Tetiana Luzhanska* |

HUTCHINSON & STEFFEN, PLLC

By: /s/ Stewart C. Fitts
Stewart C. Fitts, Esq.
Nevada Bar No. 5635
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant Melissa Roshak*

## **ORDER**

IT IS ORDERED that ECF No. 27 is GRANTED.

IT IS FURTHER ORDERED that the Settlement Conference is RESCHEDULED to May 25, 2022 at 9:00 a.m. The Court will circulate the Zoom invitation a few days before the Conference.

IT IS FURTHER ORDERED that the pre-Settlement Conference Telephonic Conference is RESCHEDULED to May 24, 2022 at 3:00 p.m. Counsel must call (877) 810-9415, access code 2365998, five minutes before the telephonic conference.

IT IS FURTHER ORDERED that the Settlement Conference confidential briefs must be e-mailed to judicial clerk Radia Amari at radia_amari@nvd.uscourts.gov by 4:00 p.m. on May 18, 2022.

IT IS SO ORDERED
DATED: 8:59 am, February 16, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**