Maria A. Gall, Esq.
Nevada Bar No. 14200
Andrew S. Clark, Esq.
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
gallm@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Plaintiff Geoff Winkler,
as Receiver for Profit Connect*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as Receiver for PROFIT CONNECT WEALTH SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ROSHAK, individually and d/b/a WILLIAM GEORGE PHOTOGRAPHY, MELISSA ROSHAK, TETIANA LUZHANSKA, DOES 1-10 and ROES 1-10;<br><br>Defendants,<br><br>and<br><br>TINA M. LEISS, as Executive Officer of the Public Employee's Retirement System of Nevada,<br><br>Nominal Defendant. | Case No. 2:21-cv-002000-JAD-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

## STIPULATION

Following a settlement conference with the Honorable Brenda Weksler, Plaintiff Geoff Winkler, as receiver for Profit Connect Wealth Services, Inc. and any of its subsidiaries and affiliates, and Defendants William Roshak, individually and d/b/a William George Photography, Melissa Roshak, and Tetiana Luzhanska, settled this action, including the general material terms as set forth in the Court's "Minutes

1 of Proceedings" (ECF No. 31), which shall be memorialized in a more detailed
2 settlement agreement to be signed by the parties. In light of the settlement, the
3 parties agree to stay all discovery in this matter pending close of settlement.

Dated: May 26, 2022

| BALLARD SPAHR LLP | KNIGHT & RYAN PLLC |
|---|---|
| By: /s/ Maria A. Gall<br>    Maria A. Gall, Esq.<br>    Nevada Bar No. 14200<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135 | By: /s/ Robert A. Ryan<br>    Robert A. Ryan, Esq.<br>    Nevada Bar. No. 12084<br>    8880 W. Sunset Rd., Suite 130<br>    Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff Geoff Winkler,*<br>*as Receiver for Profit Connect* | *Attorneys for Defendants William*<br>*Roshak and Tetiana Luzhanska* |

HUTCHINSON & STEFFEN

By: /s/ Stewart C. Fitts
    Stewart C. Fitts, Esq.
    Nevada Bar No. 5635
    10080 West Alta Dr., Suite 200
    Las Vegas, Nevada 89145

*Attorneys for Defendant Melissa Roshak*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 27, 2022

2