KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
CHRISTIAN T. SPAULDING, ESQ.
Nevada Bar No. 14277
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
hendricksk@gtlaw.com
spauldingc@gtlaw.com

KYRA E. ANDRASSY, ESQ.
Admitted *Pro Hac Vice*
**SMILEY WANG-EKVALL, LLP**
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  (714) 445-1000
Facsimile:   (714) 445-1002
kandrassy@swelawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as Receiver for PROFIT CONNECT WEALTH SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM ROSHAK, individual and d/b/a WILLIAM GEORGE PHOTOGRAPHY, MELISSA ROSHAK, TETIANA LUZHANSKA, DOES 1-10 and ROES 1-10; <br><br> Defendants. | CASE NO. 2:21-cv-02000-JAD-BNW <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby STIPULATED AND AGREED between Plaintiff GEOFF WINKLER, IN HIS CAPACITY AS THE RECEIVER FOR PROFIT CONNECT WEALTH SERVICES, Inc., and Defendants, WILLIAM ROSHAK, individual and d/b/a WILLIAM GEORGE PHOTOGRAPHY, MELISSA ROSHAK, and TETIANA LUZHANSKA (collectively "Defendants"), by and through

/ / /

1

ACTIVE 692845106v1

their respective counsel, that in accordance with Fed.R.Civ.P. 41(a)(2) all claims asserted against Defendants herein are dismissed with prejudice with each party to bear their own fees and costs.

     **IT IS SO STIPULATED.**

DATED this 17th day of January 2024.

KNIGHT & RYAN

/s/ Robert A. Ryan
ROBERT A. RYAN, ESQ.
Nevada Bar No. 12084
8880 W. Sunset Rd., Suite 130
Las Vegas, Nevada 89148

*Attorneys for Defendants William Roshak and Tetiana Luzhanska*

DATED this 17th day of January 2024.

GREENBERG TRAURIG, LLP

/s/ Kara B. Hendricks
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
CHRISTIAN T. SPAULDING, ESQ.
Nevada Bar No. 14277
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Email: hendricksk@gtlaw.com
          spauldingc@gtlaw.com

SMILEY WANG-EKVALL, LLP
KYRA E. ANDRASSY, ESQ.*
*Admitted pro hac vice*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626

*Attorneys for Plaintiff*

DATED this 17th day of January 2024.

HUTCHINSON & STEFFEN, PLLC

/s/ Stewart C. Fitts
STEWART C. FITTS, ESQ.
Nevada Bar No. )5635
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant Melissa Roshak*

## ORDER

     **Based on the parties' stipulation [ECF No. 41] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 22, 2024